# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JONATHAN S. WERSTEIN,<br><br>            Plaintiff,<br><br>vs.<br><br>UMONHON NATION PUBLIC SCHOOLS, a Nebraska School District,<br><br>            Defendant. | **8:17CV227**<br><br>**ORDER** |

Federal Rule of Civil Procedure 4(m) provides, "If a defendant is not served within 90 days after the complaint is filed, the court -- on motion or on its own after notice to the plaintiff -- must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m).

Plaintiff, proceeding pro se, commenced this action more than ninety days ago, on June 27, 2017. (Filing No. 1). To date, Plaintiff has not filed any return of service indicating service on Defendant and Defendant has not entered a voluntary appearance. Accordingly,

**IT IS ORDERED** that Plaintiff shall have until October 25, 2017, to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution. The failure to timely comply with this order may result in dismissal of this action without further notice.

Dated this 27th day of September, 2017.

                                                    BY THE COURT:

                                                    s/ Michael D. Nelson
                                                    United States Magistrate Judge