# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JONATHAN S. WERSTEIN,<br><br>    Plaintiff,<br><br>vs.<br><br>UMONHON NATION PUBLIC SCHOOLS, a Nebraska School District,<br><br>    Defendant. | 8:17CV227<br><br>FINDINGS AND RECOMMENDATION |

   Plaintiff commenced this action on June 27, 2017. (Filing No. 1). Based on the record before the Court, Plaintiff failed to serve the Defendant and Defendant has not voluntarily appeared. On September 27, 2017, the undersigned magistrate judge issued a show cause order requiring Plaintiff to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution. (Filing No. 6). The show cause order warned Plaintiff that failure to timely comply with the order may result in dismissal of the action without further notice. The deadline for responding to the show cause order was October 25, 2017. Plaintiff did not respond. Accordingly,

   **IT IS HEREBY RECOMMENDED** to Chief United States District Court Judge Laurie Smith Camp that the above-captioned case be dismissed, without prejudice, for failure of service and want of prosecution.

   Dated this 30th day of October, 2017.

                       BY THE COURT:

                        s/ Michael D. Nelson
                        United States Magistrate Judge