## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **JONATHAN S. WERSTEIN, an individual;** | |
| **Plaintiff,** | **8:17CV227** |
| **vs.** | |
| | **ORDER OF DISMISSAL** |
| **UMONHON NATION PUBLIC SCHOOLS, a Nebraska School District;** | |
| **Defendant.** | |

Before the Court are the Findings and Recommendation of Magistrate Judge Michael Nelson, ECF No. 7, recommending that this case be dismissed pursuant to Federal Rule of Civil Procedure 4(m) and for failure to prosecute. No objections have been filed. Under 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of the record and adopts the Findings and Recommendation in their entirety.

IT IS ORDERED:

1.    The Magistrate Judge's Findings and Recommendation, ECF No. 7, are adopted in their entirety; and

2.    The above-captioned case is dismissed without prejudice.


Dated this 21st day of November, 2017.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge